No. 88–357. MALENG, KING COUNTY PROSECUTING ATTORNEY, ET AL. *v.* COOK. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–454. UNITED STATES *v.* MONSANTO. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for oral argument in tandem with No. 87–1729, *Caplin & Drysdale, Chartered* v. *United States, supra.*

No. 87–2099. LOUDERMILL *v.* CLEVELAND BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 87–6947. MINER *v.* NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES. Ct. App. N. Y. Certiorari denied.

No. 87–7150. PROWS *v.* KASTNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–7189. WOHLFORD ET UX. *v.* UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–7263. EVANS *v.* HENMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 87–7272. TINGLING *v.* UNITED STATES; and
No. 88–5042. ARCHER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–7334. SILVA ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–81. VOGE *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–94. KENTUCKY WEST VIRGINIA GAS CO. ET AL. *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–131. WASHINGTON *v.* HOOPER. Ct. App. Wash. Certiorari denied.